**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TIMOTHY SMITH,**

      **Petitioner,**

**vs.**                                **4:06cv81-WS/WCS**

**JAMES McDONOUGH,[1]**

      **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

      Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.  Attached to the petition (and not separately filed by the clerk) was an application to proceed in forma pauperis.  The application was overlooked by the court, and an order was entered directing Petitioner to either pay the $5.00 filing fee or file an application for leave to proceed in forma pauperis.  Doc. 3.

--------

      [1] James McDonough succeeded James Crosby as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  Fed.R.Civ.P. 25(d).

Petitioner filed a motion for leave to amend and amended § 2254 petition.  Docs. 4 and 5.  An in forma pauperis application is attached to the amended petition.  Petitioner filed a second motion for leave to amend and second amended § 2254 petition.  Docs. 6 and 7.  An in forma pauperis application is attached to the second amended petition.  To avoid any possible confusion created by the previous order, leave to proceed in forma pauperis is granted by separate order.

In the initial petition, Petitioner indicated the judgment under attack as the judgment of conviction and sentence imposed by the Seventh Judicial Circuit in Putnam County.  Doc. 1, p. 1.  The grounds raised, however, went to a disciplinary action for canteen shortage over $50.00, which occurred at Martin Correctional Institution.  Doc. 1, p. 4 and attached handwritten pages (inserted between pp. 4 and 5 of the form petition).  The amended petition and second amended petition also challenge the disciplinary hearing and action taken at Martin Correctional Institution for canteen shortage over $50.00.  Docs. 5 and 7.

Martin Correctional Institution is located in the Southern District of Florida.  Petitioner was convicted in Putnam County and is currently incarcerated at the Columbia Correctional Institution Annex.  Jurisdiction is appropriate in the Middle District, as the district of conviction and confinement.  28 U.S.C. § 2241(d).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on March 30, 2005.


  s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.