IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


TIMOTHY SMITH,

       Petitioner,

v.                                                                    4:06cv81-WS

JAMES McDONOUGH,

       Respondent.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed March 30, 2006.  See Doc. 9.  The magistrate judge recommends that the action be transferred to the Middle District of Florida.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 9) is adopted and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court for

the Middle District of Florida for all further proceedings.

DONE AND ORDERED this May 2, 2006.


/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:06cv81-WS